# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal Nos.: 2:17-CR-291 |
| | | 2:17-CR-302 |
| Plaintiff, | : | 2:17-CR-324 |
| v. | : | |
| **CRAIG CINELLI, et als.** | : | HON. SUSAN WIGENTON, U.S.D.J. |
| Defendant. | : | |

## TURNOVER ORDER

**WHEREAS**, Defendants Craig Cinelli ("Cinelli"), David Barteck ("Barteck"), and Michael Valenti ("Valenti") (collectively, "Defendants") plead guilty to conspiring to commit wire fraud in violation of 18 U.S.C. §1349 in the above captioned criminal matters;

**AND WHEREAS**, Defendants' wrongful conduct arose from a 17 year conspiracy to "short-weight" scrap metal loads brought to Cinelli Iron & Metal Co., Inc. ("CIMCO") in order to wrongfully underpay corporate customers for said loads;

**AND WHEREAS**, the Federal Bureau of Investigation ("FBI") executed a search warrant in connection with the above captioned proceedings on March 16, 2016 at CIMCO's premises located at 290 Secaucus Road, Secaucus, New Jersey;

**AND WHEREAS**, exactly $74,385.28 in cash and a check payable to CIMCO in the amount of $510.00 was seized from the safe found in the CIMCO premises;

**AND WHEREAS**, due to the resulting insolvency of CIMCO, CIMCO filed a Deed of Assignment for the Benefit of Creditors wherein Steven Z. Jurista acts as the duly appointed Assignee charged with the statutory duty of liquidating the assets of CIMCO for the benefit of its creditors,

pursuant to N.J.S.A. 2A:19-1 et seq. and Rule 4:54 of the New Jersey Rules of Court, with said Assignment proceedings currently pending in the Superior Court of New Jersey, Chancery Division, Bergen County;

**AND WHEREAS**, it has been determined in consultation between the Assignee and the United States Attorney's Office that the currency and check seized by the FBI as described above is property of CIMCO and not of the above captioned criminal defendants, and that it is appropriate for said currency and check to be turned over to the Assignee, Steven Z. Jurista for administration and distribution to creditors of CIMCO in accordance with State Law and Orders of the Superior Court of New Jersey;

**AND THUS,** it is on this __3rd__ day of __June_____, 2020,

**ORDERED**, that the FBI remit to Steven Z. Jurista, Assignee for the Benefit of Creditors of CIMCO, 110 Allen Road, Suite 304, Basking Ridge, New Jersey 07920 the sum of $74,385.28 in cash, and the aforesaid check payable to CIMCO in the amount of $510.00 (minus any fees), for administration pursuant to the pending Assignment for the Benefit of Creditors proceedings for CIMCO. As the aforesaid currency and check are not property of the criminal defendants referenced above, said defendants shall receive no credit for the turnover of the aforesaid currency and check towards the restitution order as entered previously by this Court.

*s/Susan D. Wigenton*
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE